IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. HERBST, JR., | : Case No.:4:07cv262 |
| Plaintiff | : Judge Jones |
| | : |
| v | : |
| | : |
| THE COUNTY OF YORK, | : |
| PENNSYLVANIA and | : |
| PLEASANT ACRES NURSING | : |
| and REHABILITATION CENTER, | : |
| YORK COUNTY NURSING HOME, | : |
| Defendants | : |

## ORDER

July 13, 2007

Counsel having reported to the Court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

JOHN E. JONES III
United States District Judge